

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00036-CR

Gilbert **ARGUELLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3114
Honorable Lorina I. Rummel, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  April 20, 2016

APPEAL DISMISSED

On March 17, 2016, appellant filed a pro se motion to dismiss his appeal with the trial court. On March 24, 2016, the trial court clerk filed a supplemental clerk's record containing a copy of the motion to dismiss with this court. Despite calls from the clerk of this court to appellant's attorney, Mr. Sean Keane-Dawes, counsel has failed to file a motion to dismiss on his

client's behalf.  We grant appellant's pro se motion, and the appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish